**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 07-7448**

—————————

UNITED STATES OF AMERICA,

                                         Plaintiff - Appellee,

     versus

ISAAC PERRY, aka Ike,

                                      Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (5:93-cr-42-F-3)

—————————

Submitted: December 13, 2007     Decided: December 21, 2007

—————————

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Isaac Perry, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac Perry appeals the district court's order denying his "Motion for Disclosure of Signed Grand Jury Concurrence Form" and his alternative request to be released from federal custody. We have reviewed the record and find no reversible error. Accordingly, we affirm the denial of relief. <u>United States v. Perry</u>, No. 5:93-cr-42-F-3 (E.D.N.C. Sept. 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>